**MEMO ENDORSED**



**Gottlieb Townsend**

Trinity Building
111 Broadway, Suite 701
Tel: (212) 566-7766
Fax: (212) 428-6755
www.gottliebtownsend.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/22/2025__

Robert C. Gottlieb
Paul R. Townsend
*Admitted in NY & NJ
Kaylee Kreitenberg
*Admitted in NY & CA

August 19, 2025

**VIA ECF**
The Honorable Judge Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *USA v. Jeffrey Puzzullo, 25-cr-00188 (ALC)*

Dear Judge Carter:

This law firm represents the defendant Jeffrey Puzzullo in the above-captioned matter. On April 24, 2025, Mr. Puzzullo was arraigned on an information and pleaded guilty to all four counts of the information before the Honorable Magistrate Judge Jennifer E Willis. Currently, there is a status conference scheduled before Your Honor on August 26, 2025.

During the last court appearance, the Presentence Report ("PSR") was not ordered nor was sentencing scheduled. At this time, we respectfully request that the status conference be adjourned, the PSR be ordered, and that Mr. Puzzullo's sentencing be scheduled during the week of October 27, 2025 on a date that is convenient for the Court. There have been no previous adjournment requests.

I have communicated with AUSA Matthew Shahabian, who has indicated that the Government has no objection to adjourning the status conference.

Thank you for the Court's time and consideration.

Respectfully submitted,

GOTTLIEB TOWNSEND

Robert C. Gottlieb

**SO ORDERED:**

_/s/ Andrew L. Carter_
Andrew L. Carter, Jr. U.S.D.J.
August 22, 2025
New York, NY

The Court **GRANTS** the adjournment request and adjourns the August 26 status conference. The sentencing date is hereby scheduled for **October 28, 2025 at 4 p.m.** in Courtroom 444, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The Court shall order the PSR in a separate order.