# EXHIBIT A

# JEFF PUZZULLO

The Honorable Judge Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Carter,

Thank you for taking the time to read this letter to you.  It is hard to put the characterization of my 70-plus years of life onto a few sheets of paper.  I am hoping that you will be able to judge my character through my words.  I want you to know that I am truly sorry for what I did that brought us together here in the first place.  I did not understand at the time that my actions would contribute to losses of others.  I am not the type of person who is capable of bringing harm to anyone or anything, a character trait that means so much to me and one that I am hoping you will come to realize.

I also most sincerely apologize for not being smart enough to know when someone was taking advantage of me for their own benefit.  I should have known better and should have questioned those who were directing me with what they wanted me to do.  After working for these people for over 20 years and continually being praised for the detailed project work that I did for them, I was easily misled, trusting that they knew more than I did about what was right and what was wrong.  I have been raised to always do what I am told, which requires me to have great faith and trust in the people who I work for.  I have learned the hard way that not everyone can be trusted.  Regardless, I most sincerely apologize to you, the DOJ, the SEC, and all others involved, for my actions.

Supporting my family is my highest priority as I place their needs well above my own, a trait that I was taught by my parents as I was growing up. I also have a deep respect for the clients that I work for and strive to do my very best to meet their needs in the most professional way possible. I was fortunate enough to grow up in a very stable Italian household in Syracuse, NY. Together with three other siblings, Mom and Dad raised us to be just like them.  They instilled upon us many valuable ideals that have followed me throughout my life.  They were extremely hard-working people, doing their very best to make sure that their children had the basics for a good life.  I have modeled my life to be just like them and follow their beliefs and guidance every day.

For me, building things quickly became an interest that I acquired from my father from as early as I can remember.  At age six I helped my father build the garage extension on our home, being exposed to mixing concrete, laying block, and wood framing.  As a youngster I was often limited to just watching him work, but I absorbed his thought process of planning and implementing his plans into reality.  To this day, I do the same with my work.  I truly thank my father for the ability to be extremely detailed in my work. He would always tell me that the last part of a project is building it, the first part is thinking it through to the end.

My character is based upon the character of my parents. My dad was a quiet, thoughtful man who worked in a factory for 25 years at Crouse-Hinds, an electrical components manufacturing company. Dad would relax by playing his accordion for anyone who would listen. Mom was a wonderful parent, staying close by us kids as we grew up, and then became employed in a department store.  They insisted that we all sat around the kitchen table every night for supper. I will never forget the lessons learned by being together as a family at least once a day.

I was extremely fortunate to be able to continue to learn from on-the-job experiences after graduation. The two companies that I worked for from 1973 to 1995 in Syracuse and San Diego both had mentoring leaders who I worked closely with to learn my trade. Learning is rewarding when the subject matter is of extreme interest to you. My mentors were extremely detailed individuals from which I acquired my knack of paying close attention to extreme detail in my work. To this day I thank these two men for the influence that they had on me that I use in my life daily. I use these skills in my work and find that my clients appreciate my attention to detail and timeliness in delivering my work product.

Possibly to a fault sometimes, my character quality of too easily trusting can limit my reasoning. My parents always taught me to 'do what you are told without asking questions'. I find myself first asking what is it that needs to be done, what does it need to look like when finished, and when is it needed by. I rarely question why I am being asked to do something because to me the performance of the request is always the most important thing, and then delivering a perfect product once completed. My mind just does not have the inquisitive nature to ask why, but instead is more focused on the how, what and when factors. I have recently learned from an autism professional that this is a trait of high-functioning autistic people. I never would have known that before if I had not been tested and had that explained to me. I recognize that my traits can constantly be improved. I understand that I need to be more cautious of why I am being asked to do something before moving forward quickly with the performance of the request.

Being self-employed and with a unique set of skills and experiences in the construction industry, I find myself working seven days a week to maintain my workload and client commitments. Part of this is due to the workload, while my workaholic mentality is also a driving factor. I find myself to be anxious if I am not reading, writing or calculating something that is work related. At my age I believe that my always-working lifestyle is what keeps me sharp and mentally healthy. I do know when to make time for my family and some personal time for myself. Not being one to travel much, I generally tend to go where the work is. Working from home keeps me grounded and focused on my family and work schedules as needed.

In the same way that I was mentored, I enjoy mentoring young engineers and project managers who have not had the experience of being hands-on with the operations of a construction company. Teaching those around me with even the simplest of tasks is rewarding to me. I believe that it is the responsibility of the more experienced builders to pass on their skills to the next generations of designers and contractors.

In closing, I thank you for listening and appreciate you taking the time to understand me better. I am a kind-hearted person who treats everyone that I meet in the most respectful and sincere manner. I always make a point of caring for those around me to the greatest extent possible. Again, I sincerely apologize for my actions.

Respectfully submitted,

Jeff Puzzullo

# JEFF PUZZULLO

## Things I Learned From My Mother



Growing up in Syracuse, NY, my Mom taught me some very valuable lessons in life that I still believe in:

- Always save money for a rainy day.
- How to cook in an Italian kitchen including many of the recipes that my grandmother and grandfather taught her.
- How to shop frugally.
- Always do your homework before going outside to play.
- Practice your trumpet every day to prepare for school band practice.
- Always take care of your siblings, which then became my lesson to always take care of my family.
- Clean your room and help with the spring cleaning around the house.
- Treat everyone with kindness and respect in the same way that you would like to be treated and respected.
- Be on time or early, never be late.
- Never fight or argue, be peaceful.  'That's why we named you Jeffrey ("Pledge of Peace")'.
- Know and remember the family tree and your relatives and ancestors.
- How to appreciate the holidays.
- Understand what Mom's life was like growing up and how I have a chance to be better.
- How to wrap Christmas presents.
- Mom passed on January 29, 2005 at the age of 82 with all of her family and me around her.

## Things I Learned From My Father



Growing up in Syracuse, NY, my Dad also taught me some very valuable lessons in life that I have used to model my life:

- Learn to listen and do what you are told, never talk back and don't ask questions.
- How to build things, as early as 1961 when I was 6, when I helped Dad build the garage extension on our house and remodel the kitchen a few years later.
- How to hold a hammer and how to drive a nail.
- Always put your tools away so that you can find them next time.
- How to drive a car.
- How to mix concrete.
- How to mow the lawn and trim the bushes.
- How to shovel snow, especially during the Blizzard of 1966.
- Dad's love of music and playing instruments became mine for decades.
- How to light a charcoal barbecue grill and cook outdoors.
- How to bait a fishing hook even though I felt bad for the worms.
- Understand how to repair plumbing and electrical problems in the house.
- Take care of the neighbors as if they were family including mowing their lawns, shoveling their snow, and raking their leaves in the fall.
- How to decorate the house and Christmas tree during the holidays.
- Dad sadly passed suddenly on February 24, 1994 in Syracuse while I was working in San Diego.

These lessons became the building blocks of my life and the person I am today.