# EXHIBIT F



**Autism Forensics, LLC**
**4940 Ward Road**
**Wheat Ridge, Colorado 80033**
**(571) 451-4380- Office**
**(901) 250-8631- Fax**


**EXPERT  REPORT**
**<u>EVALUATION OF Mr. Jeff Puzzullo</u>**


**Client Name:**　　　**Mr. Jeff Puzzullo**
**Date of Report:**　　**03/12/25**
**Date of Birth:**　　　**05/17/1955**
**Evaluator:**　　　　**Laurie Sperry, Ph.D., BCBA-D, LBA,MSc Forensic**
**Psychology/Criminal Investigation Board Certified Behavior Analyst-Doctoral 1-13-12858,**
**License # 6378**

## Qualifications

My name is Dr. Laurie Sperry and I have been recognized as an autism expert by multiple courts. I am in private practice and have held appointments as an Assistant Clinical Faculty at Yale University in the Department of Psychiatry as part of the Yale Autism Forensics Team.  I have also been appointed as a clinical faculty at Stanford University, Department of Psychiatry and Behavioral Health.  I hold a PhD and a degree in Forensic Psychology and Criminal Investigation and I am a licensed, Board-Certified Behavior Analyst at the doctoral level.

In 2006, I was added to the Fulbright Scholarship's Senior Specialist Roster for Autism. The bulk of my research focuses on people with Autism Spectrum Disorder (ASD) who are accused of crimes or otherwise have contact with the criminal or juvenile justice system. I have published numerous peer-reviewed articles and served as an expert panelist at the American Academy of Psychiatry and Law conferences.

In more than 60 cases, I have previously been qualified as an expert and otherwise provided expert services to the FBI, the Federal Aviation Administration, state and federal prosecutors, and various private entities to evaluate people with autism. A copy of my curriculum vitae is attached to this report.

## Referral and Scope of Assignment

On February 20, 2025   I was contacted by Robert Gottlieb,  attorney  for Mr. Puzzullo.  Mr. . Gottlieb informed me that Mr. Puzzullo  was being investigated for his role in the Legacy Project.  After spending time with his client, Mr. Gottlieb requested the involvement of someone with relevant expertise to evaluate and determine if Mr. Puzzullo  met criteria for special needs and if so, evaluate and determine how his special needs may have affected Mr. Puzzullo,  his decision making  and overall functioning.

**Information Relied Upon And Considered**

My assessment of Mr. Puzzullo  was  based on three  broad categories of information:

**Interviews and evaluations of Mr. Puzzullo  including administration of the following assessments:**

- Person Centered Plan
- Autism Spectrum Quotient
- Autism Diagnostic Observation Schedule-2 Module 4
- Behavior Rating Inventory of Executive Functioning- Adult (BRIEF-2A)
- Interview

**Standardized assessments and interviews with Mr. Puzzullo's wife, Kari Puzzullo and elder sister Judy Gersbacher**

- Autism Diagnostic Interview Revised (ADI-R) - Judy Gersbacher
- Vineland Adaptive Behavior Scales- 3 (VABS-3)- Kari Puzzullo Informant
- Behavior Rating Inventory of Executive Functioning- Adult (BRIEF 2A- Informant) Kari Puzzullo Informant
- Interview with Kari Puzzullo
- Interview with Judy Gersbacher

**Review of the following literature relevant to this case:**

Emerson, N. D., Morrell, H. E., & Neece, C. (2016). Predictors of age of diagnosis for children with autism spectrum disorder: The role of a consistent source of medical care, race, and condition severity. *Journal of autism and developmental disorders*, *46*, 127-138.

Fletcher-Watson S, McConnell F, Manola E, McConachie H. Interventions based on the Theory of Mind cognitive model for autism spectrum disorder (ASD). Cochrane Database Syst Rev. 2014 Mar 21;2014(3):CD008785. doi: 10.1002/14651858.CD008785.pub2. PMID: 24652601; PMCID: PMC6923148.

Gesi C, Migliarese G, Torriero S, Capellazzi M, Omboni AC, Cerveri G, Mencacci C. Gender Differences in Misdiagnosis and Delayed Diagnosis among Adults with Autism Spectrum Disorder with No Language or Intellectual Disability. Brain Sci. 2021 Jul 9;11(7):912. doi: 10.3390/brainsci11070912. PMID: 34356146; PMCID: PMC8306851.

Griego, A. W., Datzman, J. N., Estrada, S. M., & Middlebrook, S. S. (2019). Suggestibility and false memories in relation to intellectual disability and autism spectrum disorder: a meta‑analytic review. *Journal of Intellectual Disability Research*, *63*(12), 1464-1474.

Gudjonsson, G. H., Gonzalez, R. A., & Young, S. (2021). The risk of making false confessions: The role of developmental disorders, conduct disorder, psychiatric symptoms, and compliance. *Journal of attention disorders*, *25*(5), 715-723

Maras, K. L., & Bowler, D. M. (2012). Brief report: Suggestibility, compliance and psychological traits in high-functioning adults with autism spectrum disorder. *Research in Autism Spectrum Disorders*, *6*(3), 1168-1175.

North, A. S., Russell, A. J., & Gudjonsson, G. H. (2008). High functioning autism spectrum disorders: An investigation of psychological vulnerabilities during interrogative interview. *The Journal of Forensic Psychiatry & Psychology*, *19*(3), 323-334.

Pearson A, Rees J, Forster S. "This Was Just How This Friendship Worked": Experiences of Interpersonal Victimization Among Autistic Adults. Autism Adulthood. 2022 Jun 1;4(2):141-150. doi: 10.1089/aut.2021.0035. Epub 2022 Jun 9. PMID: 36605970; PMCID: PMC9645672.

3

Sperry, L. A., & Mesibov, G. B. (2005). Perceptions of social challenges of adults with autism spectrum disorder. *Autism*, *9*(4), 362-376. https://doi.org/10.1177/1362361305056077 (Original work published 2005)

Stoddart, K. P., Burke, L., and King, R. (2012). *Asperger Syndrome in Adulthood: A Comprehensive Guide for Clinicians*. New York: W.W. Norton & Company, Inc.

Sturrock A, Chilton H, Foy K, Freed J, Adams C. In their own words: The impact of subtle language and communication difficulties as described by autistic girls and boys without intellectual disability. Autism. 2022 Feb;26(2):332-345. doi: 10.1177/13623613211002047. Epub 2021 Jul 22. PMID: 34291667; PMCID: PMC8814951.

### Autism Spectrum Disorder

Autism Spectrum Disorder (ASD) is a developmental disability that significantly impacts the way a person communicates, interacts socially and behaves.  It has always existed, but the term autism was first used by Dr. Leo Kanner in 1943 to describe what he termed as  "children who have come into the world with an innate inability to form the usual, biologically provided contact with people".   Evaluation tools have become more sophisticated, and the definition of ASD has broadened over the past eighty years. ASD is characterized, in varying degrees, by difficulties in social interaction, verbal and non-verbal communication and repetitive behaviors.  People with ASD have unique strengths and differences and it is now accepted that there is not one autism, but many expressions of autism caused by different combinations of genetic and environmental factors (Autism Speaks, 2018).  The word spectrum means that ASD is expressed differently across a wide variation in terms of the challenges and strengths of each person with this disability. The Center for Disease Control and Prevention (CDC) estimates that 1 in 36 children in the United States have autism.  To qualify for diagnosis of ASD, an individual must experience symptoms from early in life. Mr. Puzzullo was not diagnosed until adulthood in part because of his age and in part because he was born during a time when opportunities to evaluate children for autism in the 1950s and 1960s were extremely limited.

Autism is defined by the Diagnostic and Statistical Manual of Mental Disorders (DSM 5 TR) as

A. Persistent deficits in social communication and social interaction across multiple contexts, as manifested by all of the following, currently or by history (examples are illustrative, not exhaustive,):

     1.    Deficits in social-emotional reciprocity, ranging, for example, from abnormal social approach and failure of normal back-and-forth conversation; to reduced sharing of interests, emotions, or affect; to failure to initiate or respond to social interactions.

     2.    Deficits in nonverbal communicative behaviors used for social interaction, ranging, for example, from poorly integrated verbal and nonverbal communication; to abnormalities in eye contact and body language or deficits in understanding and use of gestures; to a total lack of facial expressions and nonverbal communication.

    3.     Deficits in developing, maintaining, and understanding relationships, ranging, for example, from difficulties adjusting their behavior to suit various social contexts; to difficulties in sharing imaginative play or in making friends; to absence of interest in peers.

B. Restricted, repetitive patterns of behavior, interests, or activities, as manifested by at least two of the following, currently or by history (examples are illustrative, not exhaustive; see text):

    1.     Stereotyped or repetitive motor movements, use of objects, or speech (e.g., simple motor stereotypies, lining up toys or flipping objects, echolalia, idiosyncratic phrases).

    2.     Insistence on sameness, inflexible adherence to routines, or ritualized patterns or verbal nonverbal behavior (e.g., extreme distress at small changes, difficulties with transitions, rigid thinking patterns, greeting rituals, need to take the same route or eat food every day).

    3.     Highly restricted, fixated interests that are abnormal in intensity or focus (e.g., strong attachment to or preoccupation with unusual objects, excessively circumscribed or perseverative interest).

    4.     Hyper- or hypo reactivity to sensory input or unusual interests in sensory aspects of the environment (e.g., apparent indifference to pain/temperature, adverse response to specific sounds or textures, excessive smelling or touching of objects, visual fascination with lights or movement).

C. Symptoms must be present in the early developmental period (but may not become fully manifest until social demands exceed limited capacities or may be masked by learned strategies in later life).

D. Symptoms cause clinically significant impairment in social, occupational, or other important areas of current functioning.

E. These disturbances are not better explained by intellectual disability (intellectual developmental disorder) or global developmental delay. Intellectual disability and autism spectrum disorder frequently co-occur; to make comorbid diagnoses of autism spectrum disorder and intellectual disability, social communication should be below that expected for general developmental level.

    *See* Autism Spectrum Disorder Diagnostic Criteria (American Psychiatric Association, DSM 5 -TR, 2022).

## **Assessments**

I administered the following diagnostic and adaptive functioning assessments to his wife Kari Puzzullo to determine whether Mr. Puzzullo met criteria for an autism diagnosis. His wife and eldest sister, Judy Gersbacher, were also interviewed to gather historical information and ascertain the extent to which aspects of his development play a role in his daily life and decision-making processes

A.  Autism Diagnostic Interview Revised (ADI-R)
B.  Vineland Adaptive Behavior Scales- 3 (VABS-3)
C.  Behavior Rating Inventory of Executive Function- Adult Version (BRIEF-2A) Informant


Each of the foregoing assessments and the results of the interviews  are discussed in this section:

**Interview with Judy Gersbacher**


The Autism Diagnostic Interview-Revised (ADI-R) (Le Coureur, et al., 2003) is the most widely used and well-established interview for the assessment of autism spectrum disorder (ASD). Diagnostic algorithms, which yield a classification of "autism" or "non-autism," exhibit good to excellent predictive validity, especially when used in combination with the Autism Diagnostic Observation Schedule (ADOS) (see Risi et al., 2006). Elements of the ADI-R were used  to gather information about Mr. Puzzullo's social and developmental history. This evaluator specializes in the impact of ASD across the lifespan with an emphasis on adult and forensic issues, and the evaluator was brought in specifically to collect developmental information as it relates to Mr. Puzzullo's challenges, how they impacted his life,  as well as provide insight as to the role these challenges played in his actions  and decision making. Since Mr. Puzzullo's parents are deceased, Judy, his 78 year old sister who is nine years older than Mr. Puzzullo served as the historian.  Judy was  asked to review old  family photos and baby books prior to our interview to refresh her memory. The ADI-R could not be scored in its entirety as Judy was not his parent or primary caregiver, however, valuable information was yielded about Mr. Puzzullo's early years. The following is a summary of that interview.

**Date of Interview: 03/10/2025**

Jeff grew up in a large Italian family that emphasized hard work, timeliness, helping where you can, responsibility, and  following through with your commitments.  Judy shared that their parents taught them to do chores, save money and have good manners.  They were a very demonstrative family and would hug and kiss people right from the outset. Judy recalled how Jeff would help an elderly neighbor by mowing her lawn, shoveling and helping a neighborhood boy deliver papers.  He did all of this for free.   Judy described her brother as a "go with the flow" kind of person who always wanted to figure things out and get to the end of a problem.  If there was a problem, he wanted to know how to fix it. He has always had a habit of assuming the best in people.  He tends to concentrate on the job and does not question things.  "However things were presented to him, he accepts that if he likes the person."  She described his mannerisms as direct and to the point.  From an early age her brother Jeff preferred to play with a hammer and nails and wanted to help his father with any construction projects around the house rather than play with toys.  He showed an early affinity for music and Judy  sent the evaluator pictures of Jeff playing piano at two and a small guitar at three years of age. He found his tribe of friends through music when he was in high school and was even part of a band (Cruise). Judy noted that Jeff struggles with changes in his routine especially if people are counting on him to complete something. "If someone was counting on him, he would try his damnedest to get there." When asked how he approaches projects Judy responded "He gets very focused on seeing the end."

## Vineland Adaptive Behavior Scales-3

The Vineland-3 is a standardized measure of adaptive behavior--the things that people do to function in their everyday lives. The Vineland-3 focuses on how successfully people are able to navigate daily life. Because it is a norm-based instrument, the examinee's adaptive functioning is compared to that of others their age. Mr. Puzzullo was evaluated using the Vineland-3 Comprehensive Parent/Caregiver Form on 03/02/2025. Kari  Puzzullo,  Mr. Puzzullo's wife of twenty seven years  was  the respondent. Mr. Puzzullo's overall level of adaptive functioning is described by his score on the Adaptive Behavior Composite (ABC).

**Overall Summary of Vineland**

The Vineland-3 is a standardized measure of adaptive behavior--the things that people do to function in their everyday lives. Whereas ability measures focus on what the examinee can do in a testing situation, the Vineland-3 focuses on what they actually do in daily life. Because it is a norm-based instrument, the examinee's adaptive functioning is compared to that of others their age.

Jeff Puzzullo was evaluated using the Vineland-3 Comprehensive Parent/Caregiver Form on 03/02/2025. Kari A. Puzzullo, Jeff's Wife, completed the form.

Jeff's overall level of adaptive functioning is described by his score on the Adaptive Behavior Composite (ABC). His ABC score is 79, which is well below the normative mean of 100 (the normative standard deviation is 15). The percentile rank for this overall score is 8.

The ABC score is based on scores for three specific adaptive behavior domains: Communication, Daily Living Skills, and Socialization. The domain scores are also expressed as standard scores with a mean of 100 and standard deviation of 15.

The Communication domain measures how well Jeff listens and understands, expresses himself through speech, and reads and writes. His Communication standard score is 89. This corresponds to a percentile rank of 23. This domain is a relative strength for Jeff.

The Daily Living Skills domain assesses Jeff's performance of the practical, everyday tasks of living that are appropriate for his age. His standard score for Daily Living Skills is 86, which corresponds to a percentile rank of 18. This domain is a relative strength for Jeff.

Jeff's score for the Socialization domain reflects his functioning in social situations. His Socialization standard score is 69. The percentile rank is 2. This domain is a relative weakness for Jeff.

## SCORE SUMMARY PROFILE



**ABC and Domain Score Profile**
Based on mean of 100, *SD* of 15

**Subdomain *v*-Scale Score Profile**
Based on mean of 15, *SD* of 3

| | Adaptive Behavior Composite | Communication | Daily Living Skills | Socialization | Motor Skills |
|---|---|---|---|---|---|
| Standard Score | 79 | 89 | 86 | 69 | - |
| Conf Int 90% | 77 - 81 | 84 - 94 | 83 - 89 | 66 - 72 | - |

| | Communication | | | Daily Living Skills | | | Socialization | | | Motor Skills | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Receptive | Expressive | Written | Personal | Domestic | Community | Interpersonal Relationships | Play and Leisure | Coping Skills | Gross Motor | Fine Motor |
| *v*-Scale Score | 11 | 15 | 16 | 13 | 14 | 16 | 17 | 1 | 13 | - | - |

*The optional Motor Skills domain was not administered.*

**ABC and Domain Score Summary**

| ABC | Standard Score (SS) | 90% Confidence Interval | Percentile Rank | SS Minus Mean SS* | Strength or Weakness** | Base Rate |
|---|---|---|---|---|---|---|
| Adaptive Behavior Composite | 79 | 77 - 81 | 8 | | | |
| **Domains** | | | | | | |
| Communication | 89 | 84 - 94 | 23 | 7.7 | Strength | <=25% |
| Daily Living Skills | 86 | 83 - 89 | 18 | 4.7 | Strength | >25% |
| Socialization | 69 | 66 - 72 | 2 | -12.3 | Weakness | <=10% |

*The examinee's Mean Domain Standard Score (Mean SS) = 81.3
**Significance level chosen for strength/weakness analysis is .05

**Subdomain Score Summary**

| Subdomains | Raw Score | $v$-Scale Score ($v$S) | Age Equivalent | Growth Scale Value | Percent Estimated | $v$S Minus Mean $v$S* | Strength or Weakness** | Base Rate |
|---|---|---|---|---|---|---|---|---|
| **Communication Domain** | | | | | | | | |
| Receptive | 72 | 11 | 5:3 | 117 | 0.0 | -1.9 | Weakness | <=25% |
| Expressive | 97 | 15 | 17:0 | 123 | 0.0 | 2.1 | Strength | <=25% |
| Written | 76 | 16 | 22:0+ | 136 | 0.0 | 3.1 | Strength | <=10% |
| **Daily Living Skills Domain** | | | | | | | | |
| Personal | 106 | 13 | 16:9 | 124 | 0.0 | 0.1 | - | - |
| Domestic | 53 | 14 | 15:3 | 89 | 0.0 | 1.1 | - | - |
| Community | 116 | 16 | 22:0+ | 140 | 0.0 | 3.1 | Strength | <=10% |
| **Socialization Domain** | | | | | | | | |
| Interpersonal Relationships | 86 | 17 | 22:0+ | 136 | 0.0 | 4.1 | Strength | <=5% |
| Play and Leisure | 2 | 1 | 0:0 | 28 | 0.0 | -11.9 | Weakness | <=2% |

| Coping Skills | 59 | 13 | 11:0 | 94 | 0.0 | 0.1 | - | - |

*The examinee's Mean Subdomain $v$-Scale Score (Mean $v$S) = 12.9
**Significance level chosen for strength/weakness analysis is .05

**PAIRWISE DIFFERENCE COMPARISONS**

**Domain Pairwise Difference Comparisons**
In the table below the first domain corresponds to Standard Score 1 and the second domain corresponds to Standard Score 2.

| Comparison | Standard Score 1 | Standard Score 2 | Standard Score Difference | Significant Difference* | Base Rate |
|---|---|---|---|---|---|
| **Domains** | | | | | |
| Communication > Daily Living Skills | 89 | 86 | 3.0 | No | - |
| Communication > Socialization | 89 | 69 | 20.0 | Yes | <=10% |
| Daily Living Skills > Socialization | 86 | 69 | 17.0 | Yes | <=15% |

*Significance level chosen for pairwise difference comparisons is .05

**Subdomain Pairwise Difference Comparisons**
In the table below the first subdomain corresponds to $v$-Scale Score 1 and the second subdomain corresponds to $v$-Scale Score 2.

| Comparison | $v$-Scale Score 1 | $v$-Scale Score 2 | $v$-Scale Score Difference | Significant Difference* | Base Rate |
|---|---|---|---|---|---|
| **Communication Domain** | | | | | |
| Receptive < Expressive | 11 | 15 | 4.0 | Yes | <=10% |
| Receptive < Written | 11 | 16 | 5.0 | Yes | <=10% |
| Expressive < Written | 15 | 16 | 1.0 | No | - |
| **Daily Living Skills Domain** | | | | | |
| Personal < Domestic | 13 | 14 | 1.0 | No | - |
| Personal < Community | 13 | 16 | 3.0 | Yes | <=25% |
| Domestic < Community | 14 | 16 | 2.0 | Yes | >25% |
| **Socialization Domain** | | | | | |

| Interpersonal Relationships > Play and Leisure | 17 | 1 | 16.0 | Yes | <=2% |
|---|---|---|---|---|---|
| Interpersonal Relationships > Coping Skills | 17 | 13 | 4.0 | Yes | <=15% |
| Play and Leisure < Coping Skills | 1 | 13 | 12.0 | Yes | <=2% |

*Significance level chosen for pairwise difference comparisons is .05

**MALADAPTIVE BEHAVIOR RESULTS**

| Maladaptive Scale | Raw Score | *v*-Scale Score |
|---|---|---|
| Internalizing | 3 | 18 |
| Externalizing | 0 | 15 |

*v*-scale scores have a mean of 15, *SD* of 3

**Critical Items Scored 2 (Often) or 1 (Sometimes)**
5. Loses awareness of what is happening around him **(Sometimes)**
18. Is tricked into doing something that could cause harm **(Sometimes)**

**Summary of Vineland**

Mr. Puzzullo's Receptive Communication scores are substantially lower than his expressive and written communication scores.  This may result in people assuming that he understands everything that is being said to him, even in stressful situations.  That is likely not the case. Mr. Puzzullo is extremely verbose, especially when it comes to areas of his deep interest (construction projects).  However, when asked a question that requires understanding on an unfamiliar topic, he demonstrates a tendency to turn the topic back to his deep interests or becomes laser focused on forging ahead with whatever he understood to be the project completion.  Even with his verbosity,  for people with autism, the ability to access the language they do  have and do understand drops significantly and precipitously under stressful conditions (Sturrock et al., 2022).  This difficulty accessing language needs to be considered in terms of the proffers that he attended and the questions presented.  Mr. Puzzullo's socialization skills are the age equivalent of a young child.  He is extremely naive, struggles to read the social intent of others and thus is easily duped into risky or harmful decision making.  His Maladaptive Behavior results suggest he is likely to lose track of what is happening and is likely to be tricked into doing something that could cause harm.  The Vineland sheds light on the difficulty Mr. Puzzullo experiences navigating day to day life and the amount of support he needs from his wife and those around him to be successful.

**Behavior Rating Inventory of Executive Functioning- Adult Version (BRIEF-2A)**

Introduction to the BRIEF2A

The BRIEF2A is a standardized rating scale designed to provide a window into everyday behaviors associated with specific domains of executive functioning in adults ages 18 years and older. Ratings of everyday executive functions, or self-regulation, are good predictors of an individual's functioning in many areas, including academic, vocational, social, behavioral, and emotional. *T* scores are used to interpret the individual's level of executive functioning as reported on the BRIEF2A rating forms. These scores are transformations of the raw scale scores (*M* = 50, *SD* = 10). *T* scores provide information about an individual's scores relative to the scores of respondents in the standardization sample. Percentiles represent the percentage of individuals in the standardization sample with scores at or below the same value.

For all BRIEF2A clinical scales and indexes:
- *T* scores **below 60** are considered **within normal limits**.
- *T* scores **from 60 to 64** are also **within normal limits**, but there may be subtle, subclinical difficulties.
- *T* scores **from 65 to 69** are considered **mildly elevated**.
- *T* scores **from 70 to 74** are considered **moderately elevated**.
- *T* scores **at or above 75** are considered **highly elevated**.

**Overview of Results**

Jeff's respondent, his wife Kari Puzzullo,  completed the Informant Report Form of the Behavior Rating Inventory of Executive Function, Second Edition–Adult Version (BRIEF2A) on 03/02/2025. There are no missing item responses in the protocol. Responses are reasonably consistent. The respondent's ratings of Jeff do not appear overly negative. There were **0** atypical responses to infrequently endorsed items. In the context of these validity considerations, ratings of Jeff's executive function exhibited in everyday behavior indicate some areas of concern.

The overall index score, the GEC, was **mildly elevated (GEC *T* = 65, %ile = 89)**. The Emotion Regulation Index (ERI) and Cognitive Regulation Index (CRI) scores were **within normal limits (ERI *T* = 63, %ile = 89; CRI *T* = 61, %ile = 87)**, but the Behavior Regulation Index (BRI) score was **mildly elevated (BRI *T* = 67, %ile = 93)**.

Within these summary indicators, all of the individual scales can be calculated. One or more of the individual BRIEF2A scale *T* scores were elevated**,** suggesting that Jeff exhibits difficulty with some aspects of executive function. Concerns are noted with his ability to be aware of his functioning in social settings and sustain working memory. Jeff's ability to resist impulses, adjust well to changes, react to events appropriately, get going on tasks and activities and independently generate ideas, plan and organize his approach to problem solving appropriately, be appropriately cautious in his approach to tasks and check for mistakes, and keep materials and belongings reasonably well-organized is not described as problematic.

Jeff completed the Self-Report Form of the Behavior Rating Inventory of Executive Function, Second Edition–Adult Version (BRIEF2A) on 03/03/2025. There are no missing item responses in the protocol. Responses are reasonably consistent. Jeff's ratings of himself do not appear overly negative. There were **2** atypical responses to infrequently endorsed items. In the context

of these validity considerations, ratings of Jeff's executive function exhibited in everyday behavior indicate no reported concerns.

Due to the challenges in perspective-taking associated with ASD, it is often the case that people on the spectrum do not understand how other people see them, the impact of their support needs on others or the amount of support they require navigating everyday life.

The following chart compares ratings of the clinical scales by Mrs. Puzzullo and by Mr. Puzzullo.

| Clinical Scale | Mrs. Puzzullo's Rating | Mr. Puzzullo's Self-Rating |
| --- | --- | --- |
| Inhibit | Within Normal Limits | Within Normal Limits |
| Self Monitor | Mildly Elevated | Within Normal Limits |
| Shift | Within Normal Limits | Within Normal Limits |
| Emotional Control | Within Normal Limits | Within Normal Limits |
| Initiate | Within Normal Limits | Within Normal Limits |
| Working Memory | Moderately Elevated | Within Normal Limits |
| Plan/Organize | Within Normal Limits | Within Normal Limits |
| Task Monitor | Within Normal Limits | Within Normal Limits |
| Organization of Materials | Within Normal Limits | Within Normal Limits |

Indexes and Global Executive Composite

Behavior Regulation, Emotion Regulation, and Cognitive Regulation Indexes

The Behavior Regulation Index (BRI) captures an individual's ability to regulate and monitor behavior effectively. It is composed of the Inhibit and Self-Monitor scales. Appropriate behavior regulation is likely a precursor to appropriate cognitive regulation. It enables the cognitive regulatory processes to successfully guide active, systematic problem solving and more generally supports appropriate self-regulation.

The Emotion Regulation Index (ERI) represents an individual's ability to regulate emotional responses and to shift set or adjust to changes in environment, people, plans, or demands. It is composed of the Shift and Emotional Control scales. Appropriate emotion regulation and flexibility are also precursors to effective cognitive regulation.

The Cognitive Regulation Index (CRI) reflects an individual's ability to control and manage cognitive processes and to problem solve effectively. It is composed of the Initiate, Working Memory, Plan/Organize, Task-Monitor, and Organization of Materials scales and relates directly to the ability to actively problem solve in a variety of contexts and to complete tasks for school,

13

work, and daily living.

Examination of the indexes reveals that the BRI score is **mildly elevated (*T* = 67, %ile = 93)**, but the ERI (***T* = 63, %ile = 89**) and CRI (***T* = 61, %ile = 87**) scores are **within normal limits**. This suggests Jeff has difficulties with inhibitory control and self-monitoring but relatively preserved ability to regulate emotions; to adjust to changes flexibly; to hold information in working memory; and to initiate, plan, organize, and monitor problem solving to complete tasks.

Global Executive Composite

The Global Executive Composite (GEC) is an overarching summary score that incorporates all of the BRIEF2A clinical scales. Although review of the BRI, ERI, CRI, and individual scale scores is strongly recommended for all BRIEF2A profiles, the GEC can sometimes be useful as a summary measure. In this case, the three summary index scores are not substantially different from one another, with differences between *T* scores for each seen in 90% of the standardization sample. Thus, the GEC adequately captures the elevation or severity of the overall profile. With this in mind, Jeff's ***T* score of 65 (%ile = 89)** on the GEC is **mildly elevated**, suggesting he has significant difficulty in one or more areas of executive function

Mrs. Puzzullo noted specific challenges in the area of Self- Monitoring.  This scale  assesses aspects of social or interpersonal awareness. It captures the degree to which an individual perceives himself as aware of the effect that his behavior has on others. Mr. Puzzullo's score on the Monitor scale is elevated, suggesting perceived difficulty with monitoring his own behavior in social settings.  Mr.  Puzzullo may be unaware of the impact his own behavior has on social interactions with others.  Mrs. Puzzullo noted that her husband has particular difficulty understanding the WHY behind people being upset with him.  He also often says things without thinking.

Mr. Puzzullo rated himself in the non-elevated range on the Self-Monitoring scale.

Mrs. Puzzullo notes specific challenges in the area of Working Memory. The Working Memory scale measures "on-line representational memory;" that is, the capacity to hold information in mind for the purpose of completing a task, encoding information, or generating goals, plans, and sequential steps to achieving goals. Working memory is essential to carry out multistep activities, complete mental manipulations and follow complex instructions. Mr. Puzzullo's score on the Working Memory scale is elevated as compared to like-aged peers. This suggests that Mr. Puzzullo is described as having substantial difficulty holding an appropriate amount of information in mind or in "active memory" for further processing, encoding, and/or mental manipulation. Individuals with fragile or limited working memory may have trouble remembering things (e.g., phone numbers, instructions) even for a few seconds, keeping track of what they are doing as they work, or may forget what they are supposed to retrieve when sent on an errand. Such individuals may miss information that exceeds their working memory capacity, such as instructions for a work task.  Mrs. Puzzullo noted that her husband has particular difficulty multitasking.

Mr. Puzzullo rated himself in the non-elevated range

.

## Summary of BRIEF-A

Mr. Puzzullo has reported difficulty making decisions and thinking through the consequences of his decisions. His wife rated him as impulsive and making decisions without thinking they result in him getting into trouble financially. Additionally, impairments were noted in his ability to consider different ways to solve a problem once he was dialed into a solution. He is extremely driven to complete projects which involve his circumscribed interest in construction, and struggles to think of what to do during his free time. Mrs. Puzzullo's perceptions of her husband are that he has difficulties with inhibitory control and monitoring his behavior in social situations.

These challenges, combined with his challenges in transitioning, tolerating change, and flexible problem solving, mean that once he encounters a problem, he does not have the tools to solve the problem or think about it from various angles. Given his impulsivity, tendency to get stuck on solving a problem rather than seeing the larger picture and difficulty monitoring his own behavior, the extent to which Mr. Puzzullo was aware of what was going on and his role in the Legacy Project should be considered with this context in mind.

## Direct Assessments Administered to Mr. Puzzullo

## EFFORT AND MOTIVATION

Mr. Puzzullo engaged in consistent effort throughout the testing. The results obtained are considered valid for clinical interpretation, and there is no evidence that he attempted to malinger during the examination.

## Person Centered Plan (PCP)

A person centered plan is an opportunity for the evaluator to build rapport with the individual and listen, discover and understand each person as an individual. A PCP is used to determine what is important to the person, how they want to live and supports that are helpful in moving them towards a life they consider meaningful and productive.
A PCP was conducted with Mr. Puzzullo on March 3, 2025.

**Dreams-** Mr. Puzzullo's dream was focused on his circumscribed interests "I want to work until I die. I have no interest in retiring. Retiring would kill me." He expressed a desire to stay in Southern California and continue to stay in contact with his sisters. Being financially independent gave him the opportunity for his wife to work from home and take care of her grandchildren. He noted that his family taught him to put others before himself. "I do everything for everyone else. It's how I was raised."

**Hopes-** He hoped to become a "team player" and "provide the prosecutor with as much information and help as I can give them." He noted that his entire career had been in project support and he likes to contribute to making lives easier.

**Fears-** Mr. Puzzullo fears being indicted and having charges brought against him as opposed to being able to help them (prosecutors). "What I know might not be what they are looking for. Then what? What if what I know isn't helpful?"

**Opportunities that Existed-** Mr. Puzzullo did not have the opportunity to go to college, however, he noted that he had "a great first job" with a mentor who taught him to do what he does. He was able to start his own company after the owner retired and then became a consultant for larger businesses.

**Barriers that Existed-**During the recession of 2008-2009 a lot of work disappeared. At one point he had between 30-40 people working for him but the business had to close. It was hard that circumstances like the economy which were outside his "sphere of influence" led to his business closing.

**What works** -Mr. Puzzullo is at his best when his bills are paid, his taxes are paid, he has long term savings, his family is happy, his dogs are healthy and his wife has a smile on her face.

**What doesn't work-** Mr. Puzzullo feels most dysregulated when "I don't have inquiries for new work coming in the door." or if he is not able to keep up with his commitments. He noted he feels compelled to "tackle things as quickly as they come up so that I don't get behind in my work." Mr. Puzzullo also shared that changes in his routine, sudden surprises or any disruptions in his routine are extremely difficult for him to manage.

**Summary of PCP**

When Mr. Puzzullo first arrived, he bounded out of the elevator and greeted the receptionist very enthusiastically. He then turned to the waiting room and, upon seeing this evaluator for the first time, announced loudly "There's my person!" As I stood up to shake his hand, he gathered me up off of the couch in a bear hug. I share this because people unfamiliar with Autism would see this as evidence that refutes the myth that the neurodiverse community is standoffish and generally do not want social interaction. This is not supported by the literature. What we do know is that the *quality* of their social interactions can be substantially different. In Mr. Puzzullo's case, he is overly friendly, overly familiar and overly eager to please. His social overtures would be considered heavy. As we walked towards the conference room, he stopped and greeted each receptionist and paralegal warmly and asked sincerely how their day was going. These warm and hearty social skills, although heavy, have likely contributed to his success in the business world and in terms of maintaining a twenty-seven year marriage.

In some of the earliest research on the perspectives of adults with autism, Sperry & Mesibov (2005) examined the social experiences of neurodiverse adults. One adult compared his experiences with ASD to that of a space probe on an alien landscape, feeling ill-equipped to process the information he was receiving from a foreign and confusing social world. This individual detailed his cognizance of the social world in terms of knowing who people were, what their actions were and the contexts in which these actions occurred. What eluded him was the 'why' of social interaction. The key difference between people with ASD and those who are neurotypical (NT) is what is learned and what is known. People with ASD seem to have to learn many of the skills, social and otherwise, that people without ASD learn through observation and

16

imitation.  Assumptions made about what people with ASD should know can lead to misunderstandings in both personal and work relationships.

Many times during the PCP Mr. Puzzullo's  answers were tangential and he provided too much information to the evaluator that was not relevant to the question at hand. Multiple times the conversation turned to his deep interests in construction.  For example, he spoke about how many feet of concrete he estimated he had touched in his life, the composition of the back wall of the garage of the World Trade Center, how lights impact aircraft landings and FAA regulations, municipal water approvals, etc. etc.   These pedantic, tangential communication styles are commonly used by people with ASD.

**The Adult Autism Spectrum Quotient (AQ)**

The Autism Spectrum Quotient is a screening tool for Autism Spectrum Disorder developed by Baron-Cohen, et al (2001). It is a self-report measure containing 50 forced-choice items developed to assess traits of autism in adults and adolescents aged 16 years and up. The measure is considered appropriate for men and women of normal intellectual functioning ( IQ of ≥80).

The measure is divided into five subscales considered to be salient aspects of ASD, and higher scores in each subscale are indicative of a greater degree of neurodivergence for that subscale. The subscales are:
- Social skill
- Attention switching
- Attention to detail
- Communication
- Imagination

The AQ provides a quick, valid, and reliable screening tool for ASD when total score is summed and compared to recommended cutoffs. A validation study by Broadbent, et al (2013) suggests a cutoff of 29, which results in a false positive rate of 1% (as score increases, chance of false positive decreases).

The AQ was administered to Mr. Jeff Puzzullo on 03/03/2025.  He received a total score of 31 which is consistent with a diagnosis of Autism.

| Autism Spectrum Quotient (AQ) | | | |
|---|---|---|---|
| *Client Name* | Jeff Puzzullo | *Date administered* | 3 Mar 2025 |
| *Date of birth (age)* | 17 May 1955 (69) | *Time taken* | 9 min 8s |
| *Assessor* | Dr Laurie Sperry | | |

### AQ Results

| | Score | Percentile | Descriptor |
|---|---|---|---|
| Total (0-50) | 31 | 96.4 | Overall consistent with Autism |
| Social Skill (0-10) | 5 | 81 | Consistent with Autism |
| Attention Switching (0-10) | 7 | 92 | Consistent with Autism |
| Attention to Detail (0-10) | 9 | 95 | Consistent with Autism |
| Communication (0-10) | 6 | 95 | Consistent with Autism |
| Imagination (0-10) | 4 | 75 | Consistent with Autism |



AQ Normative Percentiles (Males)



**Summary of AQ**

Mr. Puzzullo's overall scores are consistent with a diagnosis of autism. Of particular interest here are his elevated scores in Attention to Detail and Attention Switching. Even relative to other people with Autism, he has even more difficulty switching his attention or changing his thought channel once he is set on a particular task. His scores on Attention to Detail suggest a heightened focus on details or patterns, which may lead him to prioritise specifics over the

broader context. This strong attention to detail may support certain analytical tasks, though it might also limit flexibility in more fluid situations.   His extreme attention to detail likely amplifies his  level of cognitive rigidity.   This has implications relative to his current situation. He likely becomes so focused on the details that he misses the proverbial forest for the trees. This is explained in the section on Weak Central Coherence. His scores on Attention Switching suggest a preference for predictability and routines, and he  may experience increased stress in response to unexpected changes. He  finds it challenging to shift focus quickly, impacting his ability to adjust to new activities or interruptions.

His communication scores suggest that he has difficulties in conversational flow and understanding indirect communication cues, such as tone of voice, body language, or facial expressions. He may find interpreting these social cues challenging, which could contribute to occasional misunderstandings in social exchanges.  He specifically noted that he finds it difficult to "read between the lines" and is often the last person to understand a joke.

His scores on the Social Skill subscale suggest that he has difficulties with social confidence and comfort in interactions.  He finds social norms unclear or challenging to navigate.  Mr. Puzzullo specifically endorsed difficulty working out what someone is thinking or feeling and difficulty working out the intentions of others.  This is explained more fully in the Theory of Mind Section of this report.

## ADOS-2- Module 4

### Autism Diagnostic Observation Schedule-2 (ADOS 2) Module 4 Fluent Speech Adolescent/Adult

### Administered 03/03/2025

The ADOS-2 is considered a gold standard assessment tool in the diagnosis of Autism Spectrum Disorders.  Each module consists of a set of standardized scenarios that the examiner walks the subject through.  Components include structured conversations and social scenarios.  The examiner uses a hierarchy of structures called presses to cue responses.  Module Four is designed for adolescents and adults who are verbally fluent.

The **Communication Scale** assesses stereotyped and idiosyncratic use of words or phrases, reporting of typical daily events, conversational skills, and use of gestures.

### Strengths Observed in the Area of Communication

- Absence of Stereotyped use of words and phrases
- Overall Level of Non-Echoed Spoken Language
- Absence of Immediate Echolalia
- Spontaneous use of descriptive, conventional, informational gestures
- Variety of emphatic gestures though exaggerated.

**Impairments Observed in the Area of Communication**

- Speech Abnormalities Associated with Autism - unusual volume (loud), exaggerated intonation (overly animated).
- Limited offering of information spontaneously about his own thoughts, feelings and experiences, mostly related to his circumscribed interests.
- Responds to examiner's comments about his own thoughts, but rarely or never expresses interest in the examiner's thoughts, feelings, experiences
- Provides limited information about routine events that are not related to his deep interests.
- Conversation follows his train of thoughts with extremely limited understanding of reciprocity.

The **Reciprocal Social Interaction Scale** assesses use of unusual eye contact, facial expressions directed to examiner, shared enjoyment in interaction, quality of social overtures, quality of social response, amount of reciprocal social communication, and overall quality of rapport.

**Strengths Observed in the Area of Reciprocal Social Interaction**

- Describes himself as responsible for his own actions in several contexts.
- Shows definite pleasure appropriate to context during his participation in the assessment

**Impairments Observed in the Area of Reciprocal Interaction**

- Unusual eye contact not integrated with his conversation
- Limited range of facial expressions -his face did not change when he described being upset or heartbroken. He maintained a mild/bemused look.
- Limited ability to describe his own emotions
- Limited understanding of emotions or intentions of others
- Very limited understanding and insight into typical social situations and relationships
- Poor quality of social overtures- bringing up preoccupations with limited attempt to involve the examiner
- Limited effort to obtain, maintain or direct the examiner's attention.  His efforts were primarily related to steering the conversation back to his circumscribed interests.
- Most communication is in response to questions and concerned with particular preoccupations with little  social chat or give and take.
- One sided, unusual interaction resulting in a consistently mildly uncomfortable session

During the administration of the ADOS-2 Mr. Puzzullo  demonstrated:

- Excessive interest and repeated references to highly specific topics related to construction
- Limited creativity- create a story was related to his circumscribed interest in construction
- Difficulty separating from a puzzle during break.

<u>During the administration of the ADOS-2, Mr. Puzzullo   **did _not_** demonstrate</u>

- Unusual Hand or Finger mannerisms
- Self-Injurious Behavior
- Overactivity/Agitation
- Tantrums, Aggression, Disruptive Behavior
- Obvious anxiety

**Score Summary: ADOS-2 Module 4 Algorithm for DSM-5 tr/ICD-10 ASD Diagnosis**

**Code 0:** When the behavior shows no evidence of abnormality as specified.  This does not necessarily imply that the behavior is normal but rather that there is no abnormality as specified.

**Code 1:** When the behavior is mildly abnormal or slightly unusual but not necessarily grossly abnormal or not as clear as the type specified.

**Code 2:** When the behavior is definitely abnormal in the way specified.  The severity for coding abnormality at this level varies according to the item.

**Code 3:**  When the behavior is markedly abnormal in a way that interferes with the assessment or when the behavior is so limited that judgments about quality are impossible.  (Scores of 3 are converted to 2 on Scoring Algorithm)

| **SOCIAL AFFECT** | **Score** |
|---|---|
| Conversation | 2 |
| Empathic or Emotional Gestures | 2 |
| Unusual Eye Contact | 2 |
| Facial Expressions Directed to Others | 1 |
| Communication of own Affect | 1 |
| Insight into typical social situations and relationships | 1 |
| Quality of Social Overtures | 1 |
| Quality of Social Response | 1 |
| Amount of Reciprocal Social Communication | 1 |
| Overall Quality of Rapport | 1 |
| **Social Affect Total** | **13** |

**RESTRICTED AND REPETITIVE BEHAVIORS**

| | |
|---|---|
| Speech abnormalities associated with autism | 1 |
| Stereotyped/Idiosyncratic Use of Words or Phrases | 0 |

| | |
|---|---|
| Unusual Sensory Interest in Play Material/Person | 1 |
| Hand and Finger and Other Complex Mannerisms | 0 |
| Excessive Interest in or References to Highly Specific Topics | 2 |
| **Restricted and Repetitive Behavior Total** | **2** |

**Social Affect and Restricted and Repetitive Behavior Total          15**

**ASD Cut-Off = 8**

**Diagnosis**

Mr. Puzzullo 's score of 15 exceeds the ASD cut off score of 8.  According to the ADOS-2 Classification Mr. Puzzullo  meets criteria for a diagnosis of Autism Spectrum Disorder 299.0 (F84.0), <u>Level 1 Requiring  Support  without  Accompanying Intellectual Impairment.</u>

A person with Level 1 autism is usually highly articulate, in speech and in writing. They tend to be attentive to detail, with strengths in rote memory and a systematic, logical approach to problem solving related to their deep interests.  They may have intense interests around a general theme (in Mr. Puzzullo's case construction and its attendant components  ) with more specific, related interests having varied since childhood (Stoddart, Burke and King, 2012), which can be highly motivating or highly problematic.  They are also likely to be straightforward, and offbeat in their mannerisms.  People with ASD Level 1 often experience excessive anxiety associated with everyday events. Many are hypersensitive to environmental stimuli, such as noise, harsh lighting and crowds. They may exhibit rigid, inflexible, rule-bound behavior, and can experience profound anxiety in response to unfamiliar settings, unclear expectations, and (seemingly minor) changes. Other observed areas of difficulty include time management and organization, concentration, fine motor skills (messy, effortful handwriting) and processing speed.

**Summary of the ADOS-2- In Mr. Puzzullo's case he:**

- Responds to direct questions but does not offer information.  To an investigator unfamiliar with ASD, this may appear to be evasive.  It is not. It is symptomatic of an ASD diagnosis.  People with ASD often offer too much (and tangential) information or too little, in large part because they struggle with perspective taking and considering what would be useful to the interviewer.

- Was unable to comment on social relationships, either in the context of items presented in the evaluation (retelling of a story) or in direct questions.  For example, he was able to say how many feet of concrete he touched in his life, but was unable to provide much detail around how he and his wife met, courted and eventually married.

- Mr. Puzzullo did not respond to multiple social presses provided by the examiner. Instead he waited until it was his turn to speak and then pointed out items on a map and provided details around projects he had completed in those areas or details about the construction of the landmarks (i.e. World Trade Center Garage, Amount of sway in Sears Tower when the wind blows)

- Mr. Puzzullo missed the main point of a story he had to retell from a book and instead focused on the ratio of the size of the characters to each other and the different geometrical planes the characters were on rather than on their social relationships.

- Mr. Puzzullo had significant difficulty separating from a puzzle that was part of the evaluation.  He could not solve it and had difficulty putting it away.  When told to put it away, he said "No" and thus it was left out.  When he returned from his lunch break he started on the puzzle again and when we had to move on from it, he asked "Could you take a picture of this for my wife so she could buy it for me?"


**Interviewing People with Disabilities**

In 2011, the U.S. Department of Justice published a report, *VICTIMS WITH DISABILITIES: THE FORENSIC INTERVIEW Techniques for Interviewing Victims with Communication and/or Cognitive Disabilities,* which provided valuable guidance for interviewing people with disabilities.  The report details several steps for successful interviewing as well as protecting the rights of people with disabilities.  Chief among these is building rapport, checking for understanding, ensuring the person has access to their comfort items and/or comfort people and the manner in which questions are asked.  This has implications for this case.   Due to their receptive and expressive language deficits, people on the autism spectrum are particularly vulnerable to having their rights compromised.  This concept of vulnerability may be met with skepticism by people not familiar with ASD, who often argue that the person does not *appear* to be disabled.  In a study by Charman et al., (2011) 45 % of the people with a diagnosis of ASD did not have an intellectual disability, however, regardless of their IQ they had significantly impaired adaptive functioning.  In other words, the way in which they were able to navigate their world was negatively affected by their Autism, regardless of their intellectual functioning.  Most people with ASD, including Mr. Puzzullo, understand language in a very concrete and literal manner, meaning they take the words they hear at face value rather than understanding the way the meaning of words is affected by facial expression, tone, body language and context.  It can be difficult for people not familiar with autism to appreciate just how much of the meaning of communication people on the autism spectrum may miss during a custodial interview or during court proceedings.  This is because the person with Autism may only understand the specific words that come out of a person's mouth rather than the broader meaning of communication.   This evaluator followed the guidelines set forth by the U.S. Department of Justice,  building rapport during the meeting by talking about Mr. Puzzullo's interest in construction projects  and by having him repeat back in his own words his understanding of the nature of our meetings.  He was asked one question at a time, double negatives and  layered questions were avoided, and figures of speech were not used.  Mr. Puzzullo was allowed time to process this information.  The following is a summary of our interview on 03/03/2025. Sentences in quotations are verbatims from Mr. Puzzullo.


**Explanation of My Involvement in his case:**

I explained to Mr. Puzzullo that I had been hired by his attorney to help gather information about his situation  and to help the courts and law enforcement  understand more about neurodiversity

and what, if any, role that might have played in his case. When asked to repeat in his own words the purpose of my involvement, Mr. Puzzullo's understanding was distilled down to "to evaluate my mental capacity" which is *not* a reflection of my stated involvement. However, this does illustrate that what he thinks at the outset, remained true in his mind about the purpose.

**Limits of Confidentiality:**

I explained to Mr. Puzzullo that his participation was voluntary and he had the right to withdraw consent to participate at any time. He had the right to pass on any question.  Any information he provided to me would be shared with his attorney.  He was asked if he understood the limits of confidentiality and responded yes.  When asked to repeat in his own words what he understood about the limits of confidentiality,  he stated  "There's probably none" (limits of confidentiality) but still agreed to proceed with the interview.   This is a perfect example of how Mr. Puzzullo uses his agreeableness to camouflage his lack of understanding.  A person unfamiliar with autism might be lulled into thinking this intelligent and  verbal individual actually understood everything that was being said to him and thus functioning at a much higher level all of the time, even under stressful circumstances.

**Summary of Interview:**

Mr. Puzzullo was asked how long he had been working on the Legacy Project.  He stated he had been working as a developer of the project concept since approximately 2001.  At the time, he split his days between running his own construction business and whatever work was given to him by Mr. Miller.  When the project began to ramp up in 2002 he would drive from San Diego to Phoenix on Tuesdays and return home on Fridays.  He was not paid for mileage or reimbursed for gas money. When asked why he wasn't compensated for his travel or travel time, Mr. Puzzullo further explained that he was required to pay for his own air fare, gas, wear and tear on his car, per diem and hotel stays.  When asked for clarification about why travel was not included in his contract, he stated "No they didn't want to execute a contract.  I was doing all of this on a volunteer basis."  Plumbed further, Mr. Puzzullo shared that over the years he had contributed a total of over 250,000 dollars to the project, money he put up after mortgaging his home and soliciting loans from his mother and two sisters.   It never occurred to him to cut his losses and walk away from this project.  Rather, he had invested so much time and money into it that his cognitive inflexibility, combined with his difficulty reading the intent (or malintent) of others, prevented him from seeing any of the risks inherent in this venture. This is where difficulty in syllogistic reasoning and the sunk cost effect  come  into play.   People with autism have difficulty drawing conclusions based on the rules of logic.   Most people would draw the conclusion that this pro bono work, and the travel expenses he encumbered are NOT part of any standard operating procedure.   Most people would have the cognitive flexibility to realize that despite the sunk cost of time and money, it was time to walk away from this project.  However, a person with autism who is project outcome focused, cognitively inflexible, reinforced by pleasing people and the completion of the project, would fail to see the larger picture of what was transpiring.

Mr. Puzzullo went on to tell a number of stories about projects he had been involved with that didn't work out.  These stories were corroborated by his wife who saw them for the scams that they were.  He spoke about the "Nigerian Queen" whom he worked for, for approximately two

to three years.  He flew to Nigeria to help with a project and was never compensated for his time. "I got used for my skills, they never compensated me.  The project died."  It's important to note that he didn't come to this conclusion.  His wife had to point it out to him that he was being used.

Mr. Puzzullo shared another story of his involvement with the Forum Group Ltd. owned by Jerry Wang.  Mr. Wang wanted help getting a project off the ground in Nevada.  The project was meant to be a combination of resorts and casinos called Shagri La.  Mr. Puzzullo donated his time for between two and three years, again, until his wife said "This guy is never going to pay you."  In the end, Mr. Wang did pay Mr. Puzzullo approximately $5,000 but told Mr. Puzzullo it was a loan.

When asked if he was seeing a pattern of getting taken advantage or any similarities between the Legacy Group, the Nigerian Queen and the Shangra La project, Mr. Puzzullo stated no, he saw it as different because he didn't invest any cash in the latter two projects, only time and his travel expenses.  This is an example of Weak Central Coherence which is detailed fully within this report.  He was focused on the threads, not the tapestry. Mr. Puzzullo was asked in multiple ways why he continued to stay with the Legacy project.  His answers reflected a naivete driven in part by his difficulties with perspective taken, his difficulty shifting his attention away from the goal of project completion, the sunk cost effect of fearing the loss of money he had solicited from his family,  and his complete inability to consider that other people had different ideas, intents and values than him.  He convinced himself to carry on because "They promised me this was going to happen. They kept making promises so I kept going."  What finally pierced through his thinking was the grand opening celebration when Mr. Miller gave a speech on his birthday. He thanked members of the team who were seated in the audience but did not mention Mr. Puzzullo or thank him for his contributions "I had been with the company for twenty-one years. He didn't give me any credit. That was the moment.  That broke my heart.  Then I realized that I didn't matter."

In summary, the old adage fool me once shame on you, fool me twice shame on me doesn't apply here.  Mr. Puzzullo has been  duped  again and again and continues to focus on the details and the projects rather than the larger picture.

## Weak Central Coherence - Mr. Puzzullo has Difficulty Seeing the Big Picture

This difficulty in seeing the big picture reflects weak central coherence, in other words, the difficulty people on the spectrum have deriving meaning from a mass of details. People on the spectrum tend to excel at focusing on extreme detail, and so are able to pick out small details from a mass of complex data or objects. The notion of "weak central coherence" could explain both deficits *and* strengths. When a task requires a person to extract global meaning from many details, to get the "big picture", people with ASD would be at a major disadvantage. When picking out extreme details from surrounding masses of information is required, people with ASD would have an advantage.  They would be good at parts, but not at wholes.  This is important when we consider how  Mr. Puzzullo  perceived what was happening within the Legacy Group.  He did not understand how funds were handled within the company; rather he focused on doing what he was told and providing the plans to make the project move forward.

**Theory of Mind Deficits**

Theory of Mind is essentially the ability to understand that other people have ideas, beliefs, values and intentions that are different from one's own ideas, beliefs, values and intentions. Deficits in theory of mind represent a universal characteristic of autism spectrum disorder (ASD). The 'Theory of Mind' model suggests that people with autism spectrum disorder (ASD) have profound difficulty understanding the minds of other people, their emotions, feelings, beliefs, and thoughts. It has been proposed that this may underlie many of the other difficulties experienced by people with ASD, including social and communication problems (Fletcher et al., 2014). These vulnerabilities often lead to people like Mr. Puzzullo being unable to recognize that other people have different intentions or motivations than their own. Mr. Puzzullo has an extremely limited ability to understand the intent or thoughts of others. During the assessments he was not able to speculate how other people felt or what their motives were. This has implications for his case. Mr. Puzzullo has difficulty recognizing the thoughts, beliefs, intentions of others as the result of his autism. When asked if other people did things that annoyed him he stated "There's parts of this world that I don't belong in." As a person with ASD who has a strong need to help and please and is conflict avoidant, Mr. Puzzullo is extremely vulnerable to being coerced by dominant others. Indeed, Mr. Puzzullo's inability to read the intentions of others may be at the heart of how he found himself in this situation. " I always see the best in people. I try to be friends with everyone. Once I get into a project I am gullible. I want to finish the project. Show me the project. I want to do the project. I'm worried about <u>how</u> I finish the project. I'm not thinking about the why."

**"His Commonsense Indicator is Turned Off":   A History of Being Duped, Coerced and Manipulated**

Mr. Puzzullo's wife of twenty seven years, Kari Puzzullo,  was interviewed on March 5, 2025. She was asked if she had any concerns about Jeff's decision making processes and to provide some examples of any concerns. The following is a summary of that interview, including verbatims in quotes.

"Jeff takes everyone at face value. He sees the best in everyone. He hates for people to be upset with him. He wants everyone to like him."
Mrs. Puzzullo shared that he's been like that since she met him nearly thirty years ago. She reported that she's watched him fall for " scam after scam." By way of example she shared the following:

1.  During the first months of their marriage, Mrs. Puzzullo gained insight into just how gullible her husband was when he came home with envelopes full of five dollar bills. He told her he had been told to send them off to people and he would get "lots of money back." His wife cautioned him that it sounded like a scam. His response was that it was only five dollars and he wanted to see where it would go. She became  concerned when she realized "He honestly believes this! I don't know what to do about it."

2.  Early in their marriage, he purchased a car for his boss' daughter after the daughter complained to him that she didn't have a car. She had him buy her a "souped up

Mustang." He did put his name on the car as the lien holder, however he never got paid back. Upon learning of this after the fact, Mrs. Puzzullo told him he either needed to get paid back or get the car back. Mr. Puzzullo is so conflict averse that he hired a Private Investigator to go to the young woman's house and have the car towed rather than ask her to repay him. This circuitous and faulty logic is an example of how far he will go to be liked, and to avoid confrontation.

3.  Mrs. Puzzullo reported that Mr. Puzzullo hired a young woman named Joy to work in his office. She "took him for thousands of dollars" by writing out company checks to pay for her rent and car. Another woman in the company caught Joy embezzling the money and brought it to Mr. Puzzullo's attention. After being found out, Joy attempted suicide. Once Joy's father became involved, Mr. Puzzullo was talked out of calling the police and told Joy she could make payments to him to return the money. It took several years of small payments. When approximately half the money was repaid, Joy's father asked if he could just make a lump sum payment for half of the remaining balance and call it even. Mr. Puzzullo agreed.

4.  "He doesn't lie" In all of the years she has known him his wife could only recall one lie he told. The lie was related to an expensive and life saving surgery their dog required. Mr. Puzzullo told Randy Miller that Mrs. Puzzullo's mother had paid for the surgery because he was afraid Randy would ask him to invest even more money in the project if he knew he had that type of money to spend on a dog.

5.  Mrs. Puzzullo recalled that Mr. Puzzullo got involved in a business development deal with a "Nigerian Queen" named Irene Cole and asked him "Are you sure she's legit?" He responded "Oh she's great I love her!" and promptly jumped on an airplane to fly to Nigeria. He paid his own way and worked for her on a project for free. Mrs. Puzzullo stated, " If anyone wants work from him he'll do it for free. I have to try to plant seeds to open up his thought and look at things" with a more skeptical eye. Mrs. Puzzullo asked him "Is she paying you?" The answer was no and he finally had to back out of the project after realizing that he couldn't keep spending his own money to get the project off the ground.

# How Banks, Registrars' Alleged Conspiracy with impostors Fleeced Late Bank Anthony's Estate

## How benefactors of Will were abandoned – Attorney Irene Cole

6.  Jerry Wang- of Forum Group Ltd. was another person that exploited Mr. Puzzullo for his skills. He donated the majority of his services for approximately two to three years and

made about $5,000 total . Mr. Wang expected Mr. Puzzullo to contribute his services pro bono as his investment in the project. Their relationship broke down after Mrs. Puzzullo said "Stop! You know he'll never pay you!" "He took Jeff for a ride for sure!"

# Lenders Foreclose on Ambitious Nevada RV Park Plan

by **Rick Kessler** — August 28, 2019 in **Industry News**

💬 0

Lenders last week assumed ownership through foreclosure of a 20-acre tract of land in Tonopah, Nev., where Jerry Wang, chief executive officer of the Forum Group Ltd., had plans for an ambitious resort complex.

There were no buyers at the trustee sale on the courthouse steps in Tonopah, according to the *Pahrump Valley Times*.

7. Mrs. Puzzullo shared a story about going to the bank to make a mortgage payment. The banker asked if Mr. Puzzullo had verified that it was the correct routing number. Mr. Puzzullo stated he didn't understand what the banker was talking about and couldn't seem to comprehend that an email could be intercepted and that a routing number could be changed by scammers. He became embarrassed when his wife insisted that they call and verify the routing number. She stated "He takes things at face value and misses the point. He's disconnected and believes whatever anyone says to him. That's where he goes. If someone says it, it must be the truth."

8. Mr. Puzzullo is described by his wife as a people pleaser. "He was enamoured of Randy Miller." He began watching baseball games because Randy Miller loved baseball. "He was star struck" by the number of people Randy knew. Mr. Puzzullo continued to believe everything was on the "up and up" because so many notable people were involved. He noted that if an attorney (Mike Baggett) was involved it had to be legitimate because "an attorney wouldn't do anything wrong." His wife continued to try to check on the legitimacy of things because she knew how he was so easily manipulated.

9. Approximately six months ago, Mr. Puzzullo came home and said he had to get on a call with Paypal. When his wife asked why he said he had gotten an invoice for something he didn't buy and they wanted to know if he was in front of a computer when they called him. Luckily he wasn't but he told them to call back at 4pm. His wife checked on this invoice and it was a scam. He insisted it wasn't a scam because the invoice had a phone number on it. He asked "Why would PayPal send me an invoice with the wrong phone number?" He could not see that it was a scam. "He just didn't get it!"
Mrs. Puzzullo was able to provide these and multiple other examples of how Mr. Puzzullo misses the main point of conversations and misses the unspoken or ulterior motives of others. Due to his strong desire to be liked, to please and avoid confrontations at all costs, he is easily duped and manipulated into providing pro bono work, placing his trust in the wrong people and being exploited.

29

10.  When the FBI came to his house he kept insisting that he had a meeting to attend and asked if they could come back later.  His wife had to point out "See all of those agents raiding our house? They are not going to come back later."  He became distressed about the interruption of his routine and schedule and continued to ask how long it would take so he could make his meeting, thus missing the main point and gravity of the situation at hand.  His wife said "This man- he believes anything anyone tells him.  He could have someone in the house stealing my jewelry and he would think they are appraising it."

## Conclusion

It is well established through the extant literature,  assessments and interviews with his family that Mr. Puzzullo, like many people with ASD,  is extremely susceptible to being duped and unduly influenced by others. He is very conflict averse and acquiesces when a more dominant personality asserts themselves or raises their voices to him.  During his time with the Legacy Project  he was expected to provide money, labor and travel expenses by dominant others who yelled at him,  and chastised him for asking questions, and so he withdrew and submitted. His hyper focus, the very thing that makes him so successful in his career, became a barrier to seeing the bigger picture of what was transpiring within the project.  When told to do something he acquiesced rather than engage in  confrontation.   This is how negative reinforcement works.  It is the same principle used by the beeping sound of seat belts.  We put on our seat belts to remove the ever increasing blare of the warning signal.  Thus our putting seatbelt on behavior is reinforced and the aversive noise is removed.  This exact principle was in place within the culture of the Legacy Project.  Submitting to dominant others removed the aversive stimuli.  It made the yelling stop.  Consideration must be given to how autism played a role in  Mr. Puzzullo's conduct and decision making during his years with the Legacy Project.

_Laurie Sperry_

3/12/25

_____          _____
Laurie Sperry, Ph.D., BCBA-D,                          Date
MSc Forensic Psychology/Criminal Investigation
1-13-12858
Licensed Behavior Analyst # 6378