# EXHIBIT G

The Honorable Judge Andrew L. Carter, Jr.

United States District Court Judge

Southern District of New York

40 Foley Square

New York, New York  10007


Dear Honorable Judge Andrew L. Carter, Jr.

My name is Judith P. Gersbacher.  I am Jeff's oldest sibling, I am 78 years old.  I have looked after him his whole life.

We were brought up in a single family home where we lived until we each moved to continue our lives.  Our parents taught us all life's important values.  Our Dad always said the most important thing was to work hard and take care of family.  He taught Jeff to be honest, hard working, give your work always 100%.  Jeff is very detailed oriented and never misses a deadline.

Jeff moved to California at 25 years old.  He had two mentors (employers) who taught him well.  He formed his own company with 25 employees and ran a successful water construction business.  When the economy fell apart, he lost it all.  He never gave up.  Now he is a consultant and never has to look for work.  People get his name from other clients.  In September and October, 2025 he is working on 30 contracts.

Jeff is always ready to help wherever he is needed.  In the community, for family, friends or work.  He is a special source of strength for our family always.

I am aware of the court case in January, 2026 with Judge Carter.

Respectfully submitted,

*Judith P. Gersbacher*

Judith P. Gersbacher