

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 21, 2026

**VIA ECF**

The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Jeffrey Puzzullo*, 25 Cr. 188 (ALC)

Dear Judge Carter:

    The Government writes to supplement its sentencing submission filed on January 15, 2026. For the avoidance of doubt, the Government intends to move at sentencing, not only pursuant to Section 5K1.1, for the Court to sentence him in light of the factors set forth in Section 5K1.1, but also pursuant to 18 U.S.C. § 3553(e), such that Court will have the authority to sentence the defendant below the mandatory two-year sentence applicable to Count Four.

    The Government also corrects the following statement in its factual submission: the $250,000 Puzzullo loaned Randy Miller occurred in the early 2000s, not 2011, during the early stages of their relationship, such that Randy Miller could pay off past debts (PSR ¶ 74).

                            Respectfully submitted,

                            JAY CLAYTON
                            United States Attorney

            by:       /s/
                 Courtney L. Heavey
                 Matthew R. Shahabian
                 Assistant United States Attorneys
                 (212) 637-2413 / -1046

cc:    Robert Gottlieb, Esq. (by ECF)
       Kaylee S. Kreitenberg, Esq. (by ECF)