**MEMO ENDORSED**

**Gottlieb Townsend**

Trinity Building
111 Broadway, Suite 701
Tel: (212) 566-7766
Fax: (212) 428-6755
www.gottliebtownsend.com

Robert C. Gottlieb
Paul R. Townsend
*Admitted in NY & NJ
Kaylee Kreitenberg
*Admitted in NY & CA

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/9/26

February 6, 2026

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *USA v. Jeffrey Puzzullo, 25-cr-00188 (ALC)*

Dear Judge Carter:

Defendant Mr. Puzzullo writes to respectfully request that the Court release the bond securing his pre-trial release and order the release of his passport.

Mr. Puzzullo was sentenced to time served by this Court on January 22, 2026. Prior to Mr. Puzzullo's sentencing, Magistrate Judge Jennifer E. Willis granted pre-trial release secured by a bond of $250,000 following Mr. Puzzullo's guilty plea. ECF No. 5. Mr. Puzzullo also surrendered his passport to Pretrial Services as a condition of his release.

In light of Mr. Puzzullo's sentence being imposed, he respectfully moves for an order that releases the bond that secured his pre-trial release and directs Pretrial Services to release and return his passport. We have communicated with AUSA Matthew Shahabian, who has indicated that the Government has no objection to these requests.

Thank you for the Court's time and consideration.

Respectfully submitted,

GOTTLIEB TOWNSEND
/s/ Robert C. Gottlieb

Robert C. Gottlieb

SO ORDERED:

U.S.D.J.

2/9/26